UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

C.N. and H.Y., *individually and on behalf of*
C.Y.,

                Plaintiff,

                v.

NEW YORK CITY PUBLIC SCHOOLS,

                Defendant.

No. 26-CV-253 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

This case alleges claims under the Individuals with Disabilities Education Act, Title 20 U.S.C. § 1400 *et seq*. The parties are hereby ordered to submit a joint letter, no later than two weeks from the date of this order, indicating whether there is a need for discovery or an initial conference in this case. If there is no such need, the parties should include in their letter a proposed briefing schedule for any motions, including motions for summary judgment.

SO ORDERED.

Dated:   February 26, 2026
         New York, New York

Ronnie Abrams
United States District Judge