Application granted.

SO ORDERED.

_____
Hon. Ronnie Abrams
May 21, 2026



**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
## LAW DEPARTMENT
100 CHURCH STREET
NEW YORK, NY 10007

**MARTHA NIMMER**
*Special Assistant Corporation Counsel*
Cell: (917) 499-8632

May 20, 2026

**VIA ECF**

Hon. Ronnie Abrams
Thurgood Marshall United States Courthouse
40 Foley Square
New York, New York 10007

    Re:  *C.N., et al. v. New York City Dep't. of Educ.,* 26-cv-253 (RA)(HJR)

Dear Judge Abrams:

  I am a Special Assistant Corporation Counsel in the Office of Corporation Counsel, Steven Banks, attorney for Defendants in the above-referenced action, wherein Plaintiff seeks attorneys' fees, costs and expenses for legal work on administrative proceedings under the Individuals with Disabilities Education Act, 20 U.S.C. § 1400, *et seq.* ("IDEA"), as well as for this action.

  I write to respectfully request that Defendant's answer deadline be extended from May 26, 2026 to **June 26, 2026**; Plaintiff consents to this request. This is the second request for an answer extension. The first request was made on or about March 18, 2026 and granted by Your Honor that same day. The extension will give the parties additional time to negotiate settlement.

  Additionally, the parties request that the briefing schedule dates be extended 30 days as well, with Plaintiff's motion papers due **June 29, 2026**; Defendant's opposition due **July 29, 2026** and Plaintiff's reply due **August 13, 2026**. Plaintiff also consents to this extension. This is the first request for an extension of the briefing schedule. The parties are hopeful that they can settle this manner without further burden on the Court's time.

  Thank you for considering these requests.

                Respectfully submitted,
                  /s/
               _____
               Martha Nimmer
               Special Assistant Corporation Counsel

cc: Michele Kule-Korgood, Esq. (via ECF)